UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE REDDICK,<br><br>                              Plaintiff,<br><br>        v.<br><br>OFFICER CAMPBELL, *et al.*,<br><br>                              Defendants. | Case No. 5:25-cv-02390-FLA (SSC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [DKT. 5]** |

Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The court: (1) ACCEPTS the findings and conclusions of the Magistrate Judge in the Report and Recommendation; (2) DIRECTS that Judgment be entered dismissing the action without leave to amend and without prejudice, for failure to prosecute and comply with court orders; and (3) DENIES Plaintiff's *in forma pauperis* request (Dkt. 2) as moot.

IT IS SO ORDERED.

Dated: February 17, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge

2