JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LAWRENCE REDDICK,

Plaintiff,

v.

OFFICER CAMPBELL, *et al.*,

Defendants.

Case No. 5:25-cv-02390-FLA (SSC)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the action is DISMISSED without leave to amend and without prejudice.

IT IS SO ORDERED.

Dated: February 17, 2026

_____

FERNANDO L. AENLLE-ROCHA
United States District Judge